CASE NO. 03-15-00405-CV

July 27, 2015

Court of Appeals
Third District Of Texas
P. O. Box 12547
Austin, Texas 78711-2547

## AFFIDAVIT OF INDIGENCE

TO THE CLERK'S OFFICE:

I, Appellant, Darrell J. Harper, am indigent to pay costs on appeal due to extortionists living off the system under the color of office depriving appellant of his constitution rights for filing discrimination complaints, in violation of the Racketeer Influenced and Corrupt Organizations Act, in violation of the Universal Declaration Of Human Rights, and in violation of the Civil Rights Act of 1964.

Executed on this the 27th day of July 2015

Darrell J. Harper
Inmate No. 1957729
O. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343


RECEIVED
JUL 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Legal Mail

D.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

27 JUL 2015 PM 2 L

78711254747

Court Of Appeals
Third District
P.O. Box 12547
Austin, Texas 78711-2547